that causes of action are united in the amended complaint, herein, contrary to the provisions of section 484 of the Code of Civil Procedure? Settle order before Mr. Justice Stapleton.

LYNCH, Respondent, v. ARMSTRONG, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 19, 1913.) Action by Alice M. Lynch against William C. Armstrong. No opinion. Judgment and order affirmed, with costs.

LYNCH, Respondent, v. RICHMOND LIGHT & R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 14, 1913.) Action by Catherine Lynch against the Richmond Light & Railroad Company. No opinion. Motion to dismiss appeal denied, without costs. See, also, 147 App. Div. 936, 132 N. Y. Supp. 1136; 140 N. Y. Supp. 1129.

LYNCH, Respondent, v. RICHMOND LIGHT & R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 14, 1913.) Action by Catherine Lynch against the Richmond Light & Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 140 N. Y. Supp. 1129.

LYNSKEY, Respondent, v. ROTHSCHILD & CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 7, 1913.) Action by Mary Lynskey against Rothschild & Co. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 140 N. Y. Supp. 1129.

LYNSKEY, Appellant, v. ROTHSCHILD & CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 7, 1913.) Action by Mary Lynskey against Rothschild & Co. No opinion. Motion to withdraw appeal granted, on payment of $10 costs, and motion to dismiss appeal denied, without costs. See, also, 140 N. Y. Supp. 1129.

MacARTHUR, Appellant, v. ORDER OF UNITED COMMERCIAL TRAVELERS OF AMERICA, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 5, 1913.) Action by Elizabeth B. Rice MacArthur against the Order of United Commercial Travelers of America.

PER CURIAM. Judgment reversed, and new trial granted, with costs to appellant to abide event. Held: (1) That the notice of claim was sufficient as a matter of law. (2) That the proof was sufficient to require the submission to the jury of the question of fact as to whether or not there had been a waiver of further notice and proofs of loss, but the complaint should be amended so as to make proof of waiver available. (3) That the proofs were sufficient to require the submission to the jury of the question of whether or not the insured, Peter H. McArthur, came to his death solely by reason of bodily injuries, effected through accidental means. Reargument denied, 140 N. Y. Supp. 1129.

MacARTHUR, Appellant, v. ORDER OF UNITED COMMERCIAL TRAVELERS OF AMERICA, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 26, 1913.) Action by Elizabeth B. Rice MacArthur against the Order of United Commercial Travelers of America. No opinion. Motion for reargument (of 140 N. Y. Supp. 1129) denied, with $10 costs.

McCARTON, Respondent, v. BOARD OF EDUCATION, Appellant, et al. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Edward F. McCarton, as administrator, against the Board of Education, impleaded with others. W. E. C. Mayer, of Brooklyn, for appellant. H. C. Smyth, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

McCARTY, Respondent, v. LIGHT, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 5, 1913.) Action by Edward McCarty against Arthur S. Light. No opinion. Motion for leave to appeal to Court of Appeals granted. Settle order before Mr. Justice Foote on two days' notice. See, also, 139 N. Y. Supp. 853.

McCORMICK, Respondent, v. CLEVELAND & SONS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 12, 1913.) Action by Thomas J. McCormick against the Cleveland & Sons Company. No opinion. Order affirmed, with $10 costs and disbursements.

McCREADY, Respondent, v. MORSE DRY DOCK & REPAIR CO., Appellant. (Supreme Court, Appellate Division, First Department. March 7, 1913.) Action by Nathaniel L. McCready against the Morse Dry Dock & Repair Company. P. M. Brown, of New York City, for appellant. R. K. Prentice, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

MacDONALD, Appellant, v. CRISSEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 19, 1913.) Action by Reynold MacDonald, as receiver, etc., against Harlow J. Crissey.

PER CURIAM. Judgment affirmed, with costs.

LAMBERT, J., not sitting.

McDONOUGH, Appellant, v. INTERBOROUGH RAPID TRANSIT CO., Respondent. (Supreme Court, Appellate Division, First Department. March 20, 1913.) Action by Margaret McDonough, as administratrix, against